```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv479 (DLC)
DB MARKETING WITH INGENUITY, INC.,       :
                                         :         ORDER
                     Plaintiff,          :
          -v-                            :
                                         :
TRULY, INC. and MAXX HARLEY APPELMAN,    :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on January 17, 2020.  An Order dated February 3, 2020, scheduled an initial pretrial conference for March 6, 2020.  On March 5, the Court adjourned the initial pretrial conference to May 8, 2020 at 10:00 a.m.  Accordingly, it is hereby

ORDERED that the May 8, 2020 conference shall be conducted by telephone at 10:00 a.m.  The parties shall use the following dial-in credentials for the telephone conference:

           Dial-in:       888-363-4749
           Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

SO ORDERED:

Dated:    New York, New York
         April 27, 2020

                              _____
                              DENISE COTE
                              United States District Judge